Mr. Curtis Brody
Chief Financial Officer
Sunwest Management, Inc.
3723 Fairview Industrial Drive SE
PO Box 3006
Salem, Oregon 97302

1330 Connecticut Avenue NW
Washington, DC 20036-1795

Telephone 202.429.3000
Facsimile 202.429.3902
www.steptoe.com

IN ACCOUNT WITH

# STEPTOE & JOHNSON LLP

October 17, 2008

## INVOICE

Our Matter No. 017026.00004  Invoice No. 2275214
NASHVILLE SENIOR

**For Professional Services Rendered August 20, 2008 Through September 30, 2008:**

**Fees:**

| | |
|---|---:|
| **Total Fees:** | $0.00 |

**Expenses:**

| | |
|---|---:|
| **Total Expenses:** | $0.00 |
| **Allocation from "Bankruptcy General"*:** | $1,402.90 |
| **Total Due for this Period:** | $1,402.90 |
| **Previous Balance:** | $0.00 |
| **Total Amount Due:** | $1,402.90 |

*Allocation is determined as 1/10th of current affiliated cases, based on work that is related to all filed bankruptcy cases from 8/19/08 forward.

Tax I.D. Number 52-1349790

| Date | Name | Hour | Description |
|---|---|---|---|
| 08/28/08 | P.L. Bednar | 0.10 | Correspondence with Jonathan Kim (Pachulsi) and Pamela Singer (Pachulski) regarding resident refund motion. |
| 08/28/08 | P.L. Bednar | 0.30 | Review draft motion to extend time to file statements & schedules and SOFAs. |
| 08/28/08 | P.L. Bednar | 0.20 | Confer with Steve Stradley (Sunwest) regarding insurance premium finance contract negotiations. |
| 08/28/08 | P.L. Bednar | 0.30 | Teleconference with Steve Stradley (Sunwest), Jonathan Kim (Pachulski), and Tori Newmark (Pachulski) regarding insurance premium finance contract negotiations. |
| 08/28/08 | P.L. Bednar | 0.10 | Correspondence with Chris Cronk (Waller) and Shawn Quinlivan (Pachulski) regarding information needed to provide to client so it comply with administrative procedures order. |
| 08/28/08 | P.L. Bednar | 0.30 | Confer with Brett Salmon (Sunwest) regarding administrative procedures order and information to be kept at facilities to comply with order. |
| 08/28/08 | P.L. Bednar | 0.20 | Review materials to be provided to Brett Salmon (Pachulski) regarding administrative procedures order. |
| 08/29/08 | P.L. Bednar | 0.30 | Review draft resident refunds motion and accompanying proposed order. |
| 08/29/08 | P.L. Bednar | 0.30 | Review draft interim compensation motion. |
| 08/29/08 | P.L. Bednar | 0.40 | Review draft insurance premium finance contract motion and accompanying declaration. |
| 08/29/08 | P.L. Bednar | 0.10 | Telephone conversation with Greg Yates regarding September TIC payments. |
| 08/29/08 | P.L. Bednar | 0.10 | Correspondence with Pam Mattson (Sunwest) regarding September TIC payments. |
| 08/29/08 | P.L. Bednar | 0.10 | Correspondence with Shain Pearse (Sunwest) regarding September TIC payments. |
| 08/29/08 | P.L. Bednar | 0.20 | Review draft omnibus Brody declaration in support of utilities motion, resident refunds motion, schedules/statements extension motion, and interim compensation procedures motion. |

1

Case 3:08-bk-07254    Doc 458-1    Filed 01/09/09    Entered 01/09/09 18:45:34    Desc
Invoice re: Nashville Sr. Living    Page 2 of 18

| Date | Name | Hour | Description |
|---|---|---|---|
| 08/29/08 | P.L. Bednar | 0.30 | Review draft motion to avoid appointment of patient care ombudsman. |
| 08/29/08 | P.L. Bednar | 0.10 | Telphone conversation with Sarah Bruck (Sunwest) regarding client approval of ombudsman motion. |
| 08/29/08 | P.L. Bednar | 0.10 | Correspondence with Jonathan Kim (Pachulski) and Bobby Guy (Waller) regarding client approval of ombudsman motion. |
| 08/29/08 | P.L. Bednar | 0.10 | Telephone conversation with Sarah Bruck (Sunwest) regarding approval of Brody omnibus declaration. |
| 08/29/08 | P.L. Bednar | 0.20 | Review draft motion for expedited hearing. |
| 08/31/08 | P.L. Bednar | 0.20 | Correspondence with Curtis Brody (Sunwest) regarding preparations for, and dates of, upcoming bankruptcy court hearings. |
| 09/02/08 | P.L. Bednar | 0.40 | Correspondence with Fil Agusti regarding declarant for ombudsman motion (.1); review Timmons declaration for ombudsman motion (.3). |
| 09/02/08 | P.L. Bednar | 2.40 | Draft prep outline for September 8 bankruptcy hearing (1.6); correspondence with Fil Agusti regarding prep outline for Sept. 8 hearing (.1); correspondence with Bobby Guy (Waller) and Eric Schultenover (Waller) regarding questions on items filed on bankruptcy docket (.2); participate in daily attorney conference call with Fil Agusti, Greg Yates, Ira Kharasch (Pachulski), Jim Stang (Pachulski), Sam Maizel (Pachulski), Bobby Guy (Waller), and Ray Streinz (McEwen Gisvold) (.4) telephone conversation with Paul Rundell (A&M) regarding proposed claims agent (.1). |

2

Case 3:08-bk-07254   Doc 458-1   Filed 01/09/09   Entered 01/09/09 18:45:34   Desc  
Invoice re: Nashville Sr. Living   Page 3 of 18

| Date | Name | Hour | Description |
|---|---|---|---|
| 09/02/08 | P.L. Bednar | 2.20 | Telephone conversation with Curtis Brody (Sunwest) regarding insurance premium financing update (.4); telephone conversation with Jonathan Kim (Pachulski) regarding insurance premium financing (.2); teleconference with Jonathan Kim (Pachulski) and Tori Newmark (Pachulski) regarding insurance premium financing (.3); teleconference with Jonathan Kim (Pachulski), Tori Newmark (Pachulski), and Steve Stradley (Sunwest) regarding insurance premium financing (.7); correspondence with Steve Stradley (Sunwest) regarding status of negotiations with AICCO and preparations for upcoming bankruptcy court hearing on insurance premium financing motion (.1); review spreadsheet provided by Curtis Brody (Sunwest) regarding proposed insurance premium financing sources (.3); correspondence with Steve Stradley (Sunwest), Curtis Brody (Sunwest), Jonathan Kim (Pachulski), and Tori Newmark (Pachulski) regarding proposed teleconference to discuss insurance premium financing strategy (.2). |
| 09/02/08 | P.L. Bednar | 0.20 | Correspondence with Shain Pearse (Sunwest) regarding September payments to investors (.1); correspondence with Pam Mattson (Sunwest) regarding September payments to investors (.1). |
| 09/03/08 | P.L. Bednar | 0.30 | Review Timmons and Brophy declarations to accompany ombudsman motion. |

3

Case 3:08-bk-07254    Doc 458-1    Filed 01/09/09    Entered 01/09/09 18:45:34    Desc
Invoice re: Nashville Sr. Living    Page 4 of 18

| Date | Name | Hour | Description |
|---|---|---|---|
| 09/03/08 | P.L. Bednar | 2.30 | Correspondence with Brett Salmon (Sunwest) regarding bankruptcy information to be provided pursuant to case noticing order, as well as information on 1-800 hotline number for resident complaints (.2); telephone conversation with Brett Salmon (Sunwest) regarding bankruptcy information to be provided pursuant to case noticing order, as well as information on 1-800 hotline number for resident complaints (.2); correspondence with Greg Yates regarding claims agent agreement (.1); review claims agent draft agreement and schedule of rates (.4); telephone conversation with Greg Yates regarding claims agent agreement (.1); correspondence with Paul Rundell (A&M) regarding claims agent agreement (.1); telephone conversation with Paul Rundell (A&M) regarding claims agent agreement (.1); correspondence with Eric Kurtzman (KCC) regarding proposed changes to draft claims agent agreement (.3); correspondence with Jonathan Kim (Pachulski) regarding follow-up questions arising from call with U.S. Trustee's Office (.4); correspondence with James Estes (Sunwest) regarding claims agent agreement (.1); telephone conversation with Greg Yates regarding claims agent work (.2); correspondence with Curtis Brody (Sunwest) regarding scheduling for Sept. 8 bankruptcy court hearing (.1). |

4

Case 3:08-bk-07254    Doc 458-1    Filed 01/09/09    Entered 01/09/09 18:45:34    Desc
Invoice re: Nashville Sr. Living    Page 5 of 18

| Date | Name | Hour | Description |
|---|---|---|---|
| 09/03/08 | P.L. Bednar | 3.80 | Review spreadsheet prepared by Steve Stradley (Sunwest) regarding insurance premium payment amounts (.5); correspondence with Steve Stradley (Sunwest) regarding questions on insurance premium amounts shown on spreadsheet (.3); correspondence with Paul Rundell (A&M) and Shain Pearse (Sunwest) regarding adjusted insurance payment amounts (.2); prepare for teleconference with Steve Stradley (Sunwest) and Tori Newmark (Pachulski) regarding insurance premium financing (.6); teleconference with Steve Stradley (Sunwest) and Tori Newmark (Pachulski) regarding insurance premium financing (.5); teleconference with Jonathan Kim (Pachulski) and Tori Newmark (Pachulski) regarding insurance premium financing (.5); correspondence with Steve Stradley (Sunwest) regarding follow-up matters on insurance premium financing (.3); correspondence with Matt Marcos (A&M) regarding discussions with GE and Marathon on liability insurance premiums (.2); review Nashville Senior Living DIP budget (.3); review GE and Marathon loan agreement language on liability insurance premiums (.4). |
| 09/04/08 | P.L. Bednar | 0.80 | Telephone conversation with Eric Schultenover (Waller) regarding amended Steptoe application to employ (.1); make edits to Steptoe application to employ (.6); telephone conversation with Greg Yates regarding amended Steptoe application to employ (.1). |
| 09/04/08 | P.L. Bednar | 1.10 | Review case management order entered on docket (.1); correspondence with Brett Salmon (Sunwest) regarding case management order (.1); telephone call with Paul Rundell (A&M) regarding claims agent work (.2); teleconference with Scotta McFarland (Pachulski), Pamela Singer (Pachulski), Paul Rundell (A&M), Eric Kurtzman (KCC), and Travis Vandell (KCC) regarding claims agent work (.6); telephone conversation with Eric Kurtzman regarding claims agent agreement (.1). |

5

| Date | Name | Hour | Description |
|------|------|------|-------------|
| | | | |

SUNWEST MANAGEMENT, INC.  
October 17, 2008

Invoice No. 2275214  
Matter No. 017026.00004

| Date | Name | Hour | Description |
|------|------|------|-------------|
| 09/04/08 | P.L. Bednar | 1.30 | Telephone conversation with Fil Agusti regarding insurance premium financing (.2); teleconference with Fil Agusti and Steve Stradley (Sunwest) regarding insurance premium financing (.3); telephone conversation with Steve Stradley regarding insurance premium financing (.2); telephone conversation with Steve Stradley regarding insurance premium financing (.1); telephone conversation with Jonathan Kim (Pachulski) regarding status of property insurance premium financing (.3); review updated insurance schedule provided by Steve Stradley (.2). |
| 09/05/08 | P.L. Bednar | 0.60 | Correspondence with James Estes (Sunwest) regarding amended Steptoe application to employ (.1); telephone conversation with Sarah Bruck (Sunwest) regarding amended Steptoe application to employ (.1); telephone conversations with Fil Agusti regarding amended Steptoe application to employ (.1); correspondence with Jon Harder (Sunwest) and Wally Gutzler (Sunwest) regarding amended Steptoe application to employ (.1); telephone conversations with Eric Schultenover (Waller) regarding amended Steptoe application to employ (.1); correspondence with Eric Schultenover (Waller) regarding amended Steptoe application to employ (.1). |
| 09/05/08 | P.L. Bednar | 0.70 | Correspondence with Shain Pearse (Sunwest) and Steve Stradley (Sunwest) regarding timing of insurance payments (.1); correspondence with Jonathan Kim (Pachulski) and Tori Newmark (Pachulski) regarding insurance payments (.1); correspondence with Shain Pearse (Sunwest) regarding insurance premium payments (.2); correspondence with Jonathan Kim (Pachulski) and Paul Rundell (A&M) regarding insurance premium payments (.2); telephone conversation with Jonathan Kim (Pachulski) regarding insurance premium payments (.1). |

6

| Date | Name | Hour | Description |
|---|---|---|---|
| 09/08/08 | P.L. Bednar | 1.40 | Confer with Shain Pearse (Sunwest) regarding source of retainer amounts for bankruptcy debtor legal work (.3); confer with Curtis Brody (Sunwest) regarding source of retainer amounts for bankruptcy debtor legal work (.2); draft proposed response to U.S. Trustee regarding retainer amounts and compensation for bankruptcy debtor legal work (.3); telephone conversation with Jonathan Kim (Pachulski) regarding disclosures for bankruptcy debtor legal work (.2); review draft application to employ KCC as claims agent, as well as related declarations (.4). |
| 09/08/08 | P.L. Bednar | 0.40 | Confer with Steve Stradley (Sunwest) regarding timing of insurance payments (.2); confer with Shain Pearse (Sunwest) regarding timing of insurance payments (.2). |
| 09/08/08 | P.L. Bednar | 0.40 | Correspondence with Greg Yates regarding A/P reports for debtor entities (.3); correspondence with Jonathan Kim (Pachulski) regarding TIC agreements (.1). |
| 09/09/08 | P.L. Bednar | 0.30 | Correspondence with Fil Agusti and Greg Yates regarding supplemental statement of disinterestedness as to Steptoe retention (.1); begin drafting supplemental statement of disinterestedness as to Steptoe retention (.2). |
| 09/09/08 | P.L. Bednar | 0.30 | Confer with Shain Pearse (Sunwest) regarding status of insurance premium payments (.2); correspondence with Jonathan Kim (Pachulski) and Paul Rundell (A&M) regaridng status of insurance premium payments (.1). |
| 09/09/08 | P.L. Bednar | 0.10 | Correspondence with Pam Mattson (Sunwest) regarding bankruptcy notices received by investors. |
| 09/09/08 | P.L. Bednar | 0.10 | Correspondence with Jonathan Kim (Pachulski) and Sam Maizel (Pachulski) regarding Altman affidavit for ombudsman motion. |
| 09/10/08 | P.L. Bednar | 0.60 | Telephone conversation with Greg Yates regarding additional declaration in support of application to employ Steptoe (.1); telephone conversation with Jonathan Kim (Pachulski) regarding additional declaration in support of application to employ (.2); update spreadsheet of attorney retainers and prepetition fee amounts (.3). |

7

| Date | Name | Hour | Description |
|---|---|---|---|
| 09/10/08 | P.L. Bednar | 0.40 | Confer with Shain Pearse (Sunwest) and Matt Marcos (A&M) regarding status of insurance payments. |
| 09/10/08 | P.L. Bednar | 0.10 | Correspondence with Sam Maizel (Pachulski) regarding Altman affidavit. |
| 09/11/08 | P.L. Bednar | 0.50 | Confer with Barbara Jones (Sunwest) regarding attorney retainers and prepetition fee amounts for purpose of completing schedules and statements. |
| 09/12/08 | P.L. Bednar | 0.40 | Make edits to spreadsheet of attorney retainer amounts and prepetition fees. |
| 09/12/08 | P.L. Bednar | 0.80 | Confer with Barbara Jones (Sunwest) regarding attorney retainer amounts and prepetition fees for purpose of completing SOFAs. |
| 09/12/08 | P.L. Bednar | 0.10 | Confer with Steve Stradley (Sunwest) regarding proof of insurance. |
| 09/15/08 | P.L. Bednar | 0.20 | Correspondence with Scotta McFarland (Pachulski) regarding attorney retainer and prepetition fee amounts. |
| 09/15/08 | P.L. Bednar | 0.20 | Correspondence with Jonathan Kim (Pachulski) regarding utility company notices. |
| 09/16/08 | P.L. Bednar | 0.10 | Correspondence with Barbara Jones (Sunwest) regarding attorney retainer and prepetition fee amounts for purpose of completing statements and schedules. |
| 09/17/08 | P.L. Bednar | 0.30 | Confer with Barbara Jones (Sunwest) regarding status of schedules and statements preparation (.1); search SEC EDGAR database for filings by debtor entities (.1); correspondence with Scotta McFarland (Pachulski) regarding SEC filings by debtor entities (.1). |
| 09/18/08 | F. Agusti | 0.10 | Respond to questions about plans for 341 hearing. |
| 09/18/08 | P.L. Bednar | 0.70 | Review draft statements and schedules for Nashville Senior entity (.3); meet with Curtis Brody (Sunwest), Barbara Jones (Sunwest), and Paul Rundell (A&M) to review draft statements and schedules for Nashville Senior entity (.3); review latest version of Nashville Senior statements and schedules (.1). |

8

Case 3:08-bk-07254    Doc 458-1    Filed 01/09/09    Entered 01/09/09 18:45:34    Desc  
Invoice re: Nashville Sr. Living    Page 9 of 18

| Date | Name | Hour | Description |
|---|---|---|---|
| 09/19/08 | P.L. Bednar | 0.80 | Telephone conversation with Mary Sherman regarding overview of copying/filing project involving backup documentation for payments to insider creditors (.2); telephone conversation with Mary Sherman regarding strategy for copying/filing project (.1); correspondence with Mary Sherman regarding information needed for copying/filing project (.1); teleconference with Scotta McFarland (Pachulski) and Barbara Jones (Sunwest) regarding disclosure and classification of attorney retainers and fee payments on schedules and SOFAs (.4). |
| 09/22/08 | P.L. Bednar | 0.30 | Confer with Barbara Jones (Sunwest) regarding organization of backup documentation for SOFA schedule 3c insider payments (.2); review backup documentation of payments to insiders listed in SOFA schedule 3c (.1). |
| 09/23/08 | M. Sherman | 2.50 | Organize documents for Mr. Agusti's meeting with Trustee (1.5); prepare folders and labels for copying project (1.0). |
| 09/23/08 | P.L. Bednar | 0.30 | Telephone call with Mary Sherman regarding copying and filing project regarding backup for SOFA 3c schedule payments to insiders (.1); teleconference with Mary Sherman and Barbara Jones (Sunwest) regarding copying and filing project regarding backup for SOFA 3c schedule payments to insiders (.2). |
| 09/23/08 | P.L. Bednar | 0.20 | Review LLC resolutions regarding bankruptcy filing, and correspond with Paul Rundell (A&M) regarding same (.2). |
| 09/25/08 | F. Agusti | 1.30 | Confer with Messrs. Brody, Rundell, and Guy re preparation for meeting with the UST in anticipation for the 341 hearing (.3); conference with Mr. Guy to prepare for the VTA discussion with the UST (.2); review SOFAs with Mr. Brody to prepare him for the meeting (.3); represent client at meeting with UST representatives to give them overview of restructuring plan, confer about VTA and A&M retention issues associated with the same, answer UST questions re same (.3); leave messages with Messrs. Harder and Fisher re discussion with UST (.2). |

9

Case 3:08-bk-07254   Doc 458-1   Filed 01/09/09   Entered 01/09/09 18:45:34   Desc
Invoice re: Nashville Sr. Living   Page 10 of 18

SUNWEST MANAGEMENT, INC.  Invoice No.   2275214
October 17, 2008  Matter No.   017026.00004

| Date | Name | Hour | Description |
|------|------|------|-------------|
| 09/25/08 | F. Agusti | 0.30 | Review McMullen $500k issue and help Messrs. Rundell and Brody re same. |
| 09/26/08 | F. Agusti | 0.30 | Give instructions re Wells Fargo information request. |
| 09/26/08 | F. Agusti | 0.30 | Give instructions re resident refunds. |
| 09/26/08 | F. Agusti | 0.50 | Final preparation of witness for hearing (.3); represent client at 341 hearing (.2). |
| 09/29/08 | P.L. Bednar | 0.10 | Correspondence with Paul Rundell (A&M) regarding information requested by U.S. Trustee (.1). |
| 09/30/08 | P.L. Bednar | 0.10 | Correspondence with Fil Agusti regarding interim compensation procedures (.1). |
| 09/30/08 | P.L. Bednar | 0.50 | Draft response to U.S. Trustee questions and requests from 341 meeting of creditors (.5). |

10

Mr. Curtis Brody
Chief Financial Officer
Sunwest Management, Inc.
3723 Fairview Industrial Drive SE
PO Box 3006
Salem, Oregon 97302

1330 Connecticut Avenue NW
Washington, DC 20036-1795

Telephone 202.429.3000
Facsimile 202.429.3902
www.steptoe.com

IN ACCOUNT WITH

## STEPTOE & JOHNSON LLP

December 15, 2008

## INVOICE

Our Matter No. 017026.00004　　　　　　　　　　　　　Invoice No. 2278889
NASHVILLE SENIOR

**For Professional Services Rendered October 1, 2008 Through October 31, 2008:**

**Fees:**

|  |  |
| --- | --- |
| **Total Fees:** | $0 |

**Expenses:**

|  |  |
| --- | --- |
| **Total Expenses:** | **$0** |
| **Allocation from "Bankruptcy General"*:** | **$100.46** |
| **Total Due for this Period:** | **$100.46** |
| **Previous Balance:** | **$1,402.90** |
| **Total Amount Due:** | **$1,503.36** |

*Allocation is determined as 1/10th of current affiliated cases, based on work that is related to all filed bankruptcy cases from 8/19/08 forward.

Tax I.D. Number 52-1349790

Mr. Curtis Brody　　　　　　　　　　　　　　　　　Matter No:　　　017026.00004
Chief Financial Officer　　　　　　　　　　　　　Invoice Date:　November 10, 2008
Sunwest Management, Inc.　　　　　　　　　　　　Invoice No:　　　　　2278889
3723 Fairview Industrial Drive SE　　　　　　　　　　　　　　　　　Page No. 1
PO Box 3006
Salem, Oregon 97302

## BANKRUPTCY GENERAL

F. Agusti　　　　　　Partner

| Tmkpr | Date | Narrative | Time | Task Code | Actv Code |
|---|---|---|---|---|---|
| FA | 10/06/08 | Review questions posed in separate emails from Mr. Goldberg re A&M retention and voting trust and prepare responses to the same. | 0.20 hrs. | RP | |
| | | TOTAL | 0.20 hrs. | | |

Mr. Curtis Brody
Chief Financial Officer
Sunwest Management, Inc.
3723 Fairview Industrial Drive SE
PO Box 3006
Salem, Oregon 97302

Matter No: 017026.00004
Invoice Date: November 10, 2008
Invoice No: 2278889
Page No. 2

P.L. Bednar                Associate

| Tmkpr | Date | Narrative | Time | Task Code | Actv Code |
|---|---|---|---|---|---|
| PLB | 10/14/08 | Correspondence with Scotta McFarland (Pachulski) regarding information needed for lease assumption motion. | 0.10 hrs. | AA | |
| PLB | 10/15/08 | Confer with Curtis Brody (Sunwest) regarding resident refund motion (.1); confer with Curtis Brody (Sunwest) and Barbara Jones (Sunwest) regarding resident refund motion (.1); confer with Barbara Jones (Sunwest) and Jessica Lindsay (Sunwest) regarding resident refund motion amount (.4); teleconference with Pam Singer (Pachulski), Barbara Jones (Sunwest), and Jessica Lindsay (Sunwest) regarding resident refund motion amount (.2); correspondence with Pam Singer (Pachulksi), Bobby Guy (Waller), and Daniel Flournoy (Waller) regarding filing of resident refund motion (.1). | 0.90 hrs. | OP | |
| PLB | 10/23/08 | Research case law on separate classification of unsecured deficiency claims. | 0.30 hrs. | BL | |
| PLB | 10/28/08 | Correspondence with Kashya Shei (SEC) regarding venue-related pleadings (.5); additional correspondence with Kashya Shei (SEC) regarding venue-related pleadings (.2). | 0.70 hrs. | BL | |
| PLB | 10/28/08 | Telephone conversation with Michael Strong (Matthews, Pierce & Lloyd, Inc.) regarding bankruptcy debtors' legal entity names and facility addresses (.1); correspondence with Michael Strong (Matthews, Pierce & Lloyd, Inc.) regarding bankruptcy debtors' legal entity names and facility addresses (.1). | 0.20 hrs. | CA | |
| | | TOTAL | 2.20 hrs. | | |

Mr. Curtis Brody
Chief Financial Officer
Sunwest Management, Inc.
3723 Fairview Industrial Drive SE
PO Box 3006
Salem, Oregon 97302

Matter No: 017026.00004
Invoice Date: November 10, 2008
Invoice No: 2278889

For Services Through October 31, 2008

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| F. Agusti | 0.20 | 610.00 | 122.00 |
| P.L. Bednar | 2.20 | 395.00 | 869.00 |
| Total | 2.40 | | $991.00 |

TOTAL FEES $991.00

Expenses
    Duplicating 13.60

TOTAL EXPENSES $13.60

TOTAL DUE FOR THIS MATTER $1,004.60

---

Please send remittance to:
Steptoe & Johnson LLP
Accounting Department
1330 Connecticut Avenue, NW
Washington, D.C. 20036-1795

Wiring Instructions:
**Bank:** Wachovia Bank of Washington, D.C.
**ABA#:** 054001220
**Beneficiary's Account #:** 2000033223276
**Swift Code -- PNBP US 33
Beneficiary's Name:** Steptoe & Johnson LLP

Tax I.D. Number 52-1349790

Mr. Curtis Brody  
Chief Financial Officer  
Sunwest Management, Inc.  
3723 Fairview Industrial Drive SE  
PO Box 3006  
Salem, Oregon 97302

1330 Connecticut Avenue NW  
Washington, DC 20036-1795

Telephone 202.429.3000  
Facsimile 202.429.3902  
www.steptoe.com

IN ACCOUNT WITH

# STEPTOE & JOHNSON LLP

December 15, 2008

## INVOICE

Our Matter No. 017026.00004  
NASHVILLE SENIOR

Invoice No. 2282970

**For Professional Services Rendered November 1, 2008 Through November 30, 2008:**

**Fees:**

| | |
|---|---:|
| **Total Fees:** | **$0** |

**Expenses:**

| | |
|---|---:|
| **Total Expenses:** | **$0** |
| **Allocation from "Bankruptcy General"\*:** | **$47.40** |
| **Total Due for this Period:** | **$47.40** |
| **Previous Balance:** | **$1,503.36** |
| **Total Amount Due:** | **$1,550.76** |

\*Allocation is determined as 1/10th of current affiliated cases, based on work that is related to all filed bankruptcy cases from 8/19/08 forward.

Tax I.D. Number 52-1349790

Mr. Curtis Brody  
Chief Financial Officer  
Sunwest Management, Inc.  
3723 Fairview Industrial Drive SE  
PO Box 3006  
Salem, Oregon 97302  

Matter No: 017026.00004  
Invoice Date: December 5, 2008  
Invoice No: 2282970  
Page No. 1  

## BANKRUPTCY GENERAL

P.L. Bednar        Associate

| Tmkpr | Date | Narrative | Time | Task Code | Actv Code |
|---|---|---|---|---|---|
| PLB | 11/03/08 | Correspondence with Scotta McFarland (Pachulski) regarding question on PropCo-OpCo lease. | 0.10 hrs. | BL | |
| PLB | 11/04/08 | Telephone conversation with Jonathan Kim (Pachulski) regarding strategy for motion to extend time to assume/reject Master Lease. | 0.20 hrs. | BL | |
| PLB | 11/05/08 | Review draft motion to extend time to assume/reject master lease (.2); confer with Barbara Jones (Sunwest) and Jeremiah Toews (Sunwest) regarding status of lease payments (.1). | 0.30 hrs. | BL | |
| PLB | 11/07/08 | Review draft motion to extend time to assume/reject lease with Nashville PropCo (.1); confer with Curtis Brody (Sunwest) regarding motion to extend time to assume/reject lease, and accompanying declaration (.2); correspondence with Scotta McFarland (Pachulski) regarding motion to extend time to assume/reject lease (.1); correspondence with Curtis Brody (Sunwest) regarding affidavit language for motion to extend time assume/reject lease (.1). | 0.50 hrs. | EC | |
| PLB | 11/08/08 | Correspondence with Scotta McFarland (Pachulski) and Jonathan Kim (Pachulski) regarding suggested language in declaration and motion re: extension of time to assume/reject Nashville lease. | 0.10 hrs. | EC | |
| | | TOTAL | 1.20 hrs. | | |

Mr. Curtis Brody  
Chief Financial Officer  
Sunwest Management, Inc.  
3723 Fairview Industrial Drive SE  
PO Box 3006  
Salem, Oregon 97302

Matter No: 017026.00004  
Invoice Date: December 5, 2008  
Invoice No: 2282970

For Services Through November 30, 2008

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| P.L. Bednar | 1.20 | 395.00 | 474.00 |
| Total | 1.20 | | $474.00 |

TOTAL FEES $474.00

TOTAL EXPENSES $0.00

TOTAL DUE FOR THIS MATTER $474.00

---

Please send remittance to:   Steptoe & Johnson LLP  
Accounting Department  
1330 Connecticut Avenue, NW  
Washington, D.C. 20036-1795

Wiring Instructions:  
Bank: Wachovia Bank of Washington, D.C.  
ABA#: 054001220  
Beneficiary's Account #: 2000033223276  
Swift Code -- PNBP US 33  
Beneficiary's Name: Steptoe & Johnson LLP

Tax I.D. Number 52-1349790